**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone:  (702) 476-0100
Facsimile:   (702) 476-0101
aabao@wolfewyman.com

**Attorneys for Defendant**
**CMG MORTGAGE, INC. D/B/A CMG FINANCIAL**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER,<br><br>Plaintiff,<br><br>v.<br><br>CMG MORTGAGE, INC. D/B/A CMG FINANCIAL,<br><br>Defendant. | Case No. 2:19-cv-00869-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION [ECF. NO. 4], SETTING ASIDE DEFAULT [ECF NO. 8] AND EXTENSION OF TIME FOR CMG TO RESPOND TO COMPLAINT** |

Plaintiff Jeffrey K. Engler and Katherine M. Sennes-Engler ("Plaintiff") and Defendant CMG Mortgage Inc. dba CMG Financial ("Defendant"), by and through their counsel of record, hereby stipulate to the following matters.

**I.   WITHDRAWAL OF MOTION [ECF NO. 4].**

Defendant has instructed the foreclosure trustee and caused to be postponed the Friday, June 12, 2019 foreclosure sale for the property commonly known as 9125 Craven Avenue, Las Vegas NV 89149-3022 for a minimum of 60 days.  There is no new sale date at this time. However, the earliest the next sale date can be set is on or after September 10, 2019.

Accordingly, the parties stipulate that Plaintiff's Motion for a Temporary Restraining Order [ECF No. 4] is hereby withdrawn without prejudice.

1

## II. SETTING ASIDE DEFAULT

On July 8, 2019, the clerk entered default against Defendant. ECF No. 8. The parties hereby stipulate to set aside the default. CMG shall have until July 26, 2019 to respond to the complaint.

**IT IS SO STIPULATED.**

DATED: July 10, 2019  DATED: July 10, 2019

WOLFE & WYMAN LLP  HAINES & KRIEGER, LLC

By: */s/Andrew A. Bao*  By:*/s/Shawn W. Miller*
    ANDREW A. BAO, ESQ.      SHAWN W. MILLER, ESQ.
    Nevada Bar No.: 10508      Nevada Bar No.: 7825
    6757 Spencer Street      8985 S. Eastern Ave., Suite 350
    Las Vegas, NV 89119      Henderson, NV 89123
    *Attorneys for Defendant*      *Attorney for Plaintiffs*
    *CMG MORTGAGE, INC. D/B/A CMG*      *JEFFREY K. ENGLER AND KATHERINE M.*
    *FINANCIAL*      *SENNES-ENGLER*

3394707.1

**ORDER**

By stipulation of the parties, and good cause appearing therefore, the court orders as follows:

Plaintiff's Motion for a Temporary Restraining Order [ECF No. 4] is hereby withdrawn without prejudice; and

Clerk's entry of default against Defendant [ECF No. 8] is hereby set aside. CMG shall have until July 26, 2019 to respond to the complaint.

**IT IS SO ORDERED.**

Dated this __10__ day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3394707.1

**CERTIFICATE OF MAILING**

On July 10, 2019, I served the foregoing **STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION [ECF. NO. 4], SETTING ASIDE DEFAULT [ECF NO. 8] AND EXTENSION OF TIME FOR CMG TO RESPOND TO COMPLAINT**, by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

GEORGE HAINES, ESQ,      ghaines@hainesandkrieger.com
DAVID H. KRIEGER, ESQ.      dkrieger@hainesandkrieger.com
SHAWN W. MILLER, ESQ.      smiller@hainesandkrieger.com
Attorneys for Plaintiffs

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

GEORGE HAINES, ESQ,
DAVID H. KRIEGER, ESQ.
Haines and Krieger, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Attorneys for Plaintiffs

                           */s/ Jamie Soquena*
                           Jamie Soquena
                           An employee of Wolfe & Wyman LLP

3394707.1