**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
CMG MORTGAGE, INC. D/B/A CMG FINANCIAL

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER,<br><br>Plaintiffs,<br><br>v.<br><br>CMG MORTGAGE, INC. D/B/A CMG FINANCIAL,<br><br>Defendant. | Case No. 2:19-cv-00869-GMN-BNW<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**[FIRST REQUEST]** |

Pursuant to Fed. R. Civ. P. 26(f), and Local Rule 26-1, Plaintiffs Jeffrey K. Engler and Katherine M. Sennes-Engler ("Plaintiffs") and CMG Mortgage Inc. d/b/a CMG Financial ("CMG") (collectively the "Parties"), by and through their attorneys, hereby stipulate to extend discovery deadlines and other deadlines in the September 9, 2019 Scheduling Order as follows:

**1. Completed Discovery.**

The parties have exchanged initial and supplemental disclosures. Plaintiffs propounded written Interrogatories, Request for Admissions and Request for Documents ("Plaintiffs' Written Discovery Requests") to Defendant. Defendant has responded to Plaintiffs' Written Discovery

1

3498355.1
3503207.1

Requests and produced documents. CMG's 30(b)(6) deposition has been noticed and the parties intend to proceed with deposition if this action is not settled.

2. **Remaining Discovery.**

Written discovery responses and at least one deposition.

3. **Good Cause.**

The parties have been diligently litigating this case and are requesting this extension for good cause because CMG's 30(b)(6) deposition is currently set for November 18, 2019. Defense counsel has requested this extension from Plaintiff's counsel due to a family death, causing defense counsel to be unavailable from November 15th-November 22nd. Furthermore, Plaintiff has proposed a settlement that involves CMG being required to, amongst other matters, modify pending mortgage obligations. CMG is in the process of considering the parameters of such a resolution.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose. This is also the parties' first request for an extension.

4. **Current Discovery Deadlines.**

- Discovery Cutoff: **January 22, 2020**
- Amending Pleadings/Adding Parties: **October 24, 2019**
- Initial Expert Disclosures and Interim Status Report: **November 25, 2019**
- Rebuttal Expert Disclosures: **December 23, 2019**
- Dispositive Motion deadline: **February 21, 2020**
- Joint Proposed Pretrial Order: **March 23, 2020**

5. **Proposed Discovery Deadlines.**

- Discovery Cutoff: **March 23, 2020**
- Amending Pleadings/Adding Parties: **December 24, 2019**
- Initial Expert Disclosures and Interim Status Report: **January 24, 2020**
- Rebuttal Expert Disclosures: **February 21, 2020**

3498355.1
3503207.1

- Dispositive Motion deadline: **April 21, 2020**
- Joint Proposed Pretrial Order: **May 21, 2020**

WHEREAS, no prejudice will occur to this Court or the Parties if granted, good cause supports this request to extend discovery;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

The September 9, 2019 Scheduling Order shall be amended as follows:

- Discovery Cutoff: **March 23, 2020**
- Amending Pleadings/Adding Parties: **December 24, 2019**
- Initial Expert Disclosures and Interim Status Report: **January 24, 2020**
- Rebuttal Expert Disclosures: **February 21, 2020**
- Dispositive Motion deadline: **April 21, 2020**
- Joint Proposed Pretrial Order: **May 21, 2020**

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: November 15, 2019 | DATED: November \_\_\_\_\_, 2019 |
| WOLFE & WYMAN LLP | HAINES & KRIEGER, LLC |
| By: */s/ Andrew A. Bao*<br>ANDREW A. BAO, ESQ.<br>Nevada Bar No.: 10508<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>*Attorneys for Defendant*<br>*CMG MORTGAGE, INC. D/B/A CMG FINANCIAL* | By: */s/ Shawn W. Miller*<br>SHAWN W. MILLER, ESQ.<br>Nevada Bar No.: 7825<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>*Attorney for Plaintiffs*<br>*JEFFREY K. ENGLER AND KATHERINE M. SENNES-ENGLER* |

3

3498355.1
3503207.1

# ORDER GRANTING

# STIPULATION TO EXTEND DISCOVERY

In consideration of the parties' stipulation and good cause showing, **IT IS ORDERED THAT** the September 9, 2019 Scheduling Order shall be amended as follows:

- Discovery Cutoff:  **March 23, 2020**
- Amending Pleadings/Adding Parties:  **December 24, 2019**
- Initial Expert Disclosures and Interim Status Report:  **January 24, 2020**
- Rebuttal Expert Disclosures:  **February 21, 2020**
- Dispositive Motion deadline: **April 21, 2020**
- Joint Proposed Pretrial Order: **May 21, 2020**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 11/18/2019

3498355.1
3503207.1

# CERTIFICATE OF MAILING

On November 15, 2019, I served the foregoing **[PROPOSED] STIPULATION AND ORDER TO EXTEND DISCOVERY [FIRST REQUEST]**, by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

DAVID H. KRIEGER, ESQ.  dkrieger@hainesandkrieger.com
SHAWN W. MILLER, ESQ.  smiller@hainesandkrieger.com
Attorneys for Plaintiffs

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

DAVID H. KRIEGER, ESQ.
SHAWN W. MILLER, ESQ.
Haines and Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

Attorneys for Plaintiffs

*/s/ Jamie Soquena*
Jamie Soquena
An employee of Wolfe & Wyman LLP

3498355.1
3503207.1