ANDREW A. BAO, ESQ.
Nevada Bar No. 10508
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
CMG MORTGAGE, INC. D/B/A CMG FINANCIAL

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER,<br><br>    Plaintiff,<br><br>v.<br><br>CMG MORTGAGE, INC. D/B/A CMG FINANCIAL,<br><br>    Defendant. | Case No. 2:19-cv-00869-GMN-BNW<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**[FOURTH REQUEST]** |

Pursuant to Fed. R. Civ. P. 26(f), and Local Rule 26-1, Plaintiffs Jeffrey K. Engler and Katherine M. Sennes-Engler ("Plaintiffs") and CMG Mortgage Inc. d/b/a CMG Financial ("CMG") (collectively the "Parties"), by and through their attorneys, hereby stipulate to extend discovery deadlines and other deadlines in the April 27, 2020 Scheduling Order (ECF No. 27) as follows:

**1.    Completed Discovery.**

The parties have exchanged initial and supplemental disclosures. Defendant has responded to written discovery requests and produced documents. Defendant has served written discovery, and party depositions have all previously been noticed / will be re-noticed.

1

3666244.1

2.   **Remaining Discovery.**

Written discovery responses from Plaintiff and the parties' deposition.

4.   **Good Cause.**

The Parties previously sought extensions of discovery due to COVID-19 and has proceeded with discovery. Cenlar's current deposition is noticed for June 12, 2020, with Plaintiffs' discovery responses due June 11, 2020. Plaintiffs have offered a settlement proposal, which involves a modification of the loan terms. That proposal remains pending at this time, and Cenlar is determining the loan terms it can offer to Plaintiffs. Loan modification proposals require a process that differs from obtaining monetary settlement authority, and due to COVID-19 there has been some delays in the process.

Thus, the parties are seeking one last extension in hopes that this matter can be resolved without incurring the costs of proceeding with the party depositions. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose. Furthermore, a trial date has not been set at this time.

5.   **Current Discovery Deadlines.**

- Discovery Cutoff: **July 10, 2020**
- Dispositive Motion deadline: **August 10, 2020**
- Joint Proposed Pretrial Order: **September 10, 2020**

6.   **Proposed Discovery Deadlines.**

- Discovery Cutoff: **August 25, 2020**
- Dispositive Motion deadline: **September 25, 2020**
- Joint Proposed Pretrial Order: **October 26, 2020**

///
///
///
///
///

3666244.1

IT IS SO STIPULATED.

DATED:  June 10, 2020

WOLFE & WYMAN LLP

By: /s/ Andrew A. Bao
ANDREW A. BAO, ESQ.
Nevada Bar No.: 10508
6757 Spencer Street
Las Vegas, NV  89119
*Attorneys for Defendant
CMG MORTGAGE, INC. D/B/A CMG FINANCIAL*

DATED:  June 10, 2020

HAINES & KRIEGER, LLC

By: /s/ George Haines
GEORGE HAINES, ESQ.
Nevada Bar No.: 9411
8985 S. Eastern Ave., Suite 350
Henderson, NV  89123
*Attorney for Plaintiffs
JEFFREY K. ENGLER AND KATHERINE M. SENNES-ENGLER*

3

3666244.1

## ORDER GRANTING
## STIPULATION TO EXTEND DISCOVERY

In consideration of the parties' stipulation and good cause showing, **IT IS ORDERED THAT** the April 27, 2020 Scheduling Order (ECF No. 27) shall be amended as follows:

- Discovery Cutoff: **August 25, 2020**
- Dispositive Motion deadline: **September 25, 2020**
- Joint Proposed Pretrial Order: **October 26, 2020**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 11, 2020