**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
CMG MORTGAGE, INC. D/B/A CMG FINANCIAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER,<br><br>  Plaintiff,<br><br>  v.<br><br>CMG MORTGAGE, INC. D/B/A CMG FINANCIAL,<br><br>  Defendant. | Case No. 2:19-cv-00869-GMN-BNW<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**[FIFTH REQUEST]** |

Pursuant to Fed. R. Civ. P. 26(f), and Local Rule 26-1, Plaintiffs Jeffrey K. Engler and Katherine M. Sennes-Engler ("Plaintiffs") and CMG Mortgage Inc. d/b/a CMG Financial ("CMG") (collectively the "Parties"), by and through their attorneys, hereby stipulate to extend discovery deadlines and other deadlines in the June 11, 2020 Scheduling Order (ECF No. 29) as follows:

   **1. Completed Discovery.**

The parties have exchanged initial and supplemental disclosures.  Both parties have responded to written discovery requests and produced documents.

### 2. Remaining Discovery.

Plaintiffs and Defendant's deposition, and additional production of documents.

### 3. Good Cause.

Since the last request, the parties have completed written discovery, with Defendant's deposition set for August 24, 2020 and Plaintiffs' depositions set for August 25, 2020. In preparing for the upcoming deposition, Defendant plan to disclose some additional documents that may be relevant to this action. In the unlikely event the proposed settlement is unsuccessful, the proposed extension hereto would allow Plaintiff's counsel (and Plaintiff's *pro hac vice* counsel, approved by the court on August 5, 2020) to have reasonable time to review these documents in advance of Defendant's deposition.

As to settlement, the parties have tentatively agreed on a settlement framework that would completely resolve this litigation, with performance of settlement terms beginning October 1, 2020. Thus, in addition to the pending production of documents and newly associated counsel, the parties are close to resolving this matter entirely. The proposed deadlines below correspond with this October 1, 2020 date, with the parties intending to proceed with the depositions if the matter is not resolved by said date rather than incurring the costs of three (3) depositions next week.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose. Furthermore, a trial date has not been set at this time.

### 4. Current Deadlines.

- Discovery Cutoff: **August 25, 2020**
- Dispositive Motion deadline: **September 25, 2020**
- Joint Proposed Pretrial Order: **October 26, 2020**

### 5. Proposed Deadlines.

- Discovery Cutoff: **September 25, 2020**

///

///

///

3718170.1

1. - Dispositive Motion deadline: **October 26, 2020**
2. - Joint Proposed Pretrial Order: **November 30, 2020**

**IT IS SO STIPULATED.**

DATED: August 19, 2020                              DATED: August 19, 2020

WOLFE & WYMAN LLP                           FREEDOM LAW FIRM, LLC


By: */s/ Andrew A. Bao*                                By: */s/ George Haines*
　　ANDREW A. BAO, ESQ.                          GEORGE HAINES, ESQ.
　　Nevada Bar No.: 10508                            Nevada Bar No.: 9411
　　6757 Spencer Street                                   8985 S. Eastern Ave., Suite 350
　　Las Vegas, NV  89119                              Henderson, NV  89123
　　*Attorneys for Defendant*                          *Attorney for Plaintiffs*
　　*CMG MORTGAGE, INC. D/B/A CMG*        *JEFFREY K. ENGLER AND KATHERINE M.*
　　*FINANCIAL*                                              *SENNES-ENGLER*

3

37181701

# ORDER GRANTING

# STIPULATION TO EXTEND DISCOVERY

In consideration of the parties' stipulation and good cause showing, **IT IS ORDERED THAT** the June 11, 2020 Scheduling Order (ECF No. 29) shall be amended as follows:

- Discovery Cutoff: **September 25, 2020**
- Dispositive Motion deadline: **October 26, 2020**
- Joint Proposed Pretrial Order: **November 30, 2020**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 20, 2020

3718170.1