ANDREW A. BAO, ESQ.
Nevada Bar No. 10508
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
CMG MORTGAGE, INC. D/B/A CMG FINANCIAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER,<br><br>Plaintiff,<br><br>v.<br><br>CMG MORTGAGE, INC. D/B/A CMG FINANCIAL,<br><br>Defendant. | Case No. 2:19-cv-00869-GMN-BNW<br><br>**JOINT STATUS REPORT** |

Plaintiffs JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER ("Plaintiffs") and Defendant CMG MORTGAGE, INC. D/B/A CMG FINANCIAL ("Defendant") by and through their respective counsel of record, hereby file this Joint Status Report in response to the Court's September 24, 2020 minute order (ECF No. 37).

Since the notice of settlement was filed, the parties negotiated, drafted and fully executed a binding settlement agreement in this matter. The parties are in the process of performing the settlement obligations and believe all obligations, including dismissal of this action, can be completed by December 31, 2020.

3794257.1

Thus, the parties request 45 days to perform all remaining obligations in this matter, at which time a dismissal will be filed.

Defendant's counsel apologizes to the court for filing this report one day late, counsel had mistakenly believed the report was due Monday, November 30th rather than November 23rd.

**IT IS SO STIPULATED.**

DATED: November 24, 2020

WOLFE & WYMAN LLP

By: */s/ Andrew A. Bao*
ANDREW A. BAO, ESQ.
Nevada Bar No.: 10508
6757 Spencer Street
Las Vegas, NV 89119
*Attorneys for Defendant*
*CMG MORTGAGE, INC. D/B/A CMG*
*FINANCIAL*

DATED: November ___, 2020

FREEDOM LAW FIRM, LLC

By: */s/ George Haines*
GEORGE HAINES, ESQ.
Nevada Bar No.: 9411
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorney for Plaintiffs*
*JEFFREY K. ENGLER AND KATHERINE M.*
*SENNES-ENGLER*

**IT IS SO ORDERED**

**DATED:** 12:39 pm, December 01, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

3794257.1