**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile:  (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
**CMG MORTGAGE, INC. D/B/A CMG FINANCIAL**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER,<br><br>Plaintiff,<br><br>v.<br><br>CMG MORTGAGE, INC. D/B/A CMG FINANCIAL,<br><br>Defendant. | Case No. 2:19-cv-00869-GMN-BNW<br><br>**AMENDED JOINT STATUS REPORT** |

Plaintiffs JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER ("Plaintiffs") and Defendant CMG MORTGAGE, INC. D/B/A CMG FINANCIAL ("Defendant") by and through their respective counsel of record, hereby file this amended Joint Status Report in response to the Court's December 1, 2020 order (ECF No. 39).

The parties submitted a joint status report on November 24, 2020 (ECF No.38), apprising the court of the status of settlement.  The parties indicated that while a dismissal of this action could be completed by December 31, 2020, the parties requested 45 days to ensure a dismissal is filed. The Court graciously granted the parties' request on December 1, 2020 (ECF No. 39).

3804758.1

Upon receipt, counsel further discussed the matter and decided to file this amended joint status report. The parties believe the Court granted 45 days from November 24, 2020 to file the dismissal (January 8, 2021), but admittedly the Joint Status Report may not have been adequately worded to ensure this was the Court's position.

Thus, the parties intend to file a dismissal by January 8, 2021. If the parties have misconstrued the Court's December 1, 2020 order, the parties respectively request further court guidance on the matter.

**IT IS SO STIPULATED.**

DATED: December 10, 2020

WOLFE & WYMAN LLP


By: */s/ Andrew A. Bao*
ANDREW A. BAO, ESQ.
Nevada Bar No.: 10508
6757 Spencer Street
Las Vegas, NV 89119
*Attorneys for Defendant*
*CMG MORTGAGE, INC. D/B/A CMG*
*FINANCIAL*

DATED: December 10, 2020

FREEDOM LAW FIRM, LLC


By: */s/ George Haines*
GEORGE HAINES, ESQ.
Nevada Bar No.: 9411
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorney for Plaintiffs*
*JEFFREY K. ENGLER AND KATHERINE M.*
*SENNES-ENGLER*

IT IS ORDERED that by January 11, 2021, the parties must file either dismissal paperwork or a joint status report indicating what is impeding settlement and how or if the Court can assist.

**IT IS SO ORDERED**

**DATED:** 2:49 pm, December 15, 2020


**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3804758.1

**From:** George Haines <ghaines@freedomlegalteam.com>
**Sent:** Wednesday, December 9, 2020 7:03 PM
**To:** Andrew A. Bao <aabao@ww.law>
**Subject:** FW: Engler, Jeffery K. & Sennes Engler, Katherine M. v. CMG, 2:19-CV-00869-GMN-BNW

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

---

**This message is from an <u>external sender</u>. Use caution when opening links & attachments.**

---

Andrew, this is approved. As you may imagine, our clients are pretty frustrated at this point. Can I tell them that this issue will be resolved this time around?

Sincerely,

George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
702.880.5554  ext. 222
Efax: 702.967.6666
<u>www.FreedomLegalTeam.com</u>
<u>Frequently Asked Questions</u>





1