ANDREW A. BAO, ESQ.
Nevada Bar No. 10508
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile:  (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
CMG MORTGAGE, INC. D/B/A CMG FINANCIAL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER,<br><br>Plaintiff,<br><br>v.<br><br>CMG MORTGAGE, INC. D/B/A CMG FINANCIAL,<br><br>Defendant. | Case No. 2:19-cv-00869-GMN-BNW<br><br>**JOINT STATUS REPORT** |

Plaintiffs JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER ("Plaintiffs") and Defendant CMG MORTGAGE, INC. D/B/A CMG FINANCIAL ("Defendant") by and through their respective counsel of record, hereby file this Joint Status Report in response to the Court's December 15, 2020 order (ECF No. 41).

Since the last status report was filed, counsel have worked through several unexpected issues involving payments owed on the loan at issue. As of this report, the issue has been resolved, payments have been re-calculated and re-mailed as of January 4, 2021. Upon receipt, the payments will be applied and the loan account will be structured as agreed upon in the settlement agreement.

1

3822947.1

The parties are cognizant that this matter was settled quite some time ago. However, this settlement involved restructuring mortgage loan obligations and it has created some unexpected issues which counsel continue to work together to resolve. Counsel thus would request another 30-45 days to file a dismissal in this action.

**IT IS SO STIPULATED.**

DATED: January 11, 2021

WOLFE & WYMAN LLP

By: */s/ Andrew A. Bao*
ANDREW A. BAO, ESQ.
Nevada Bar No.: 10508
6757 Spencer Street
Las Vegas, NV  89119
*Attorneys for Defendant*
*CMG MORTGAGE, INC. D/B/A CMG*
*FINANCIAL*

DATED: January 11, 2021

FREEDOM LAW FIRM, LLC

By: */s/ George Haines*
GEORGE HAINES, ESQ.
Nevada Bar No.: 9411
8985 S. Eastern Ave., Suite 350
Henderson, NV  89123
*Attorney for Plaintiffs*
*JEFFREY K. ENGLER AND KATHERINE M.*
*SENNES-ENGLER*

ORDER

IT IS ORDERED that the parties' stipulation is GRANTED. By March 1, 2021, the parties must file either dismissal documents or an additional joint status report.

**IT IS SO ORDERED**

**DATED:** 12:56 pm, January 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

3822947.1

**From:** George Haines
**Sent:** Monday, January 11, 2021 9:29 AM
**To:** Andrew A. Bao <aabao@ww.law>
**Cc:** 'Dan Solar (dsolar@dannlaw.com)' <dsolar@dannlaw.com>; Marc Dann (mdann@dannlaw.com) <mdann@dannlaw.com>; Paris Tertanni <ptertanni@freedomlegalteam.com>
**Subject:** FW: Status Report attached (due Mon 1/11): Engler, Jeffery K. & Sennes Engler, Katherine M. v. CMG, 2:19-CV-00869-GMN-BNW

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

**This message is from an <u>external sender</u>. Use caution when opening links & attachments.**

Andrew, this is approved. You may affix my electronic signature. Also, how should we handle the January 2021 mortgage payment?

Sincerely,

George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
702.880.5554  ext. 222
Efax: 702.967.6666
www.FreedomLegalTeam.com
Frequently Asked Questions

1