ANDREW A. BAO, ESQ.
Nevada Bar No. 10508
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile:  (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
CMG MORTGAGE, INC. D/B/A CMG FINANCIAL

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER,<br><br>Plaintiff,<br><br>v.<br><br>CMG MORTGAGE, INC. D/B/A CMG FINANCIAL,<br><br>Defendant. | Case No. 2:19-cv-00869-GMN-BNW<br><br>**JOINT STATUS REPORT** |

Plaintiffs JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER ("Plaintiffs") and Defendant CMG MORTGAGE, INC. D/B/A CMG FINANCIAL ("Defendant") by and through their respective counsel of record, hereby file this Joint Status Report in response to the Court's January 15, 2021 order (ECF No. 43).

Since the last status report was filed, counsel continue to work through pending issues with the loan at issue reflecting the terms of the executed settlement agreement.  Since last reported the parties have remedied multiple issues such that the loan is paid as agreed through January 2021.  However, on the February 1, 2021 loan statement, CMG Mortgage, Inc.'s system reflected an

3865112.1

erroneous amount owed, and CMG Mortgage, Inc.'s counsel has acknowledged this error to Plaintiff's counsel. CMG Mortgage, Inc. is in the process of resolving this latest issue.

The parties remain cognizant that this matter was settled quite some time ago and understand that the difficulty in restructuring mortgage loan obligations cannot serve as a perpetual excuse. However, counsel continue to collectively work through the issues and are expect the April 1, 2021 statement to reflect all correct terms such that the dismissal can be filed. Counsel thus would request another 30-45 days (or perhaps, April 2, 2021) to file a dismissal in this action.

**IT IS SO STIPULATED.**

DATED: March 1, 2021

WOLFE & WYMAN LLP

By: /s/ Andrew A. Bao
ANDREW A. BAO, ESQ.
Nevada Bar No.: 10508
6757 Spencer Street
Las Vegas, NV 89119
*Attorneys for Defendant*
*CMG MORTGAGE, INC. D/B/A CMG FINANCIAL*

DATED: March 1, 2021

FREEDOM LAW FIRM, LLC

By: /s/ George Haines
GEORGE HAINES, ESQ.
Nevada Bar No.: 9411
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorney for Plaintiffs*
*JEFFREY K. ENGLER AND KATHERINE M. SENNES-ENGLER*

ORDER

Based on the parties' joint status report, IT IS ORDERED that by April 2, 2021, the parties must file either dismissal paperwork or an additional joint status report regarding the status of settlement.

IT IS SO ORDERED

DATED: 2:25 pm, March 05, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**