1    **ANDREW A. BAO, ESQ.**
     **Nevada Bar No. 10508**
2    **WOLFE & WYMAN LLP**
3    **6757 Spencer Street**
     **Las Vegas, NV 89119**
4    **Telephone: (702) 476-0100**
     **Facsimile:  (702) 476-0101**
5    **aabao@wolfewyman.com**

6
     **Attorneys for Defendant**
7    **CMG MORTGAGE, INC. D/B/A CMG FINANCIAL**

8                     **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11   JEFFREY K. ENGLER and KATHERINE M.          Case No. 2:19-cv-00869-GMN-BNW
     SENNES-ENGLER,
12                                                **STATUS REPORT**
                          Plaintiff,
13

14        v.

15   CMG MORTGAGE, INC. D/B/A CMG
     FINANCIAL,
16
                          Defendant.
17

18

19

20        Plaintiffs JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER ("Plaintiffs")

21   and Defendant CMG MORTGAGE, INC. D/B/A CMG FINANCIAL ("Defendant") by and

22   through their respective counsel of record, hereby file this Joint Status Report in response to the

23   Court's March 8, 2021 order (ECF No. 45).

24        Since the last status report was filed, CMG has corrected many of the issues related to the

25   loan amount owed.  Although the most current loan statement is not yet accurate, several erroneous

26   amounts have been removed from the account.  While the current loan statement still does not

27   reflect the correct amount owed, additional accounting should resolve these issues along with

28

                                            1

3894560.1

1  application of Plaintiffs' March 2021 loan payment.  CMG continues to work through and waive

2  any required erroneous amounts reflected on the loan statements, and counsel continue to

3  collectively work through the issues and are getting closer to resolving.

4        CMG counsel thus is reluctantly requesting another extension until May 3, 2021 to file the

5  dismissal in hopes that the May loan statement will reflect the amounts agreeable to both parties.

6  Should the court request any additional specific information regarding the issues faced in

7  restructuring the loan amounts, CMG counsel is willing to provide specifics *in camera* or via

8  another status report prior to that date.

9        CMG counsel was unable to obtain authorization to use Plaintiffs' counsel signature on this

10  report.  CMG counsel will follow up with Plaintiffs' counsel early next week and counsel will

11  collectively advise the court if any further supplements to this report are needed.

12        **IT IS SO STIPULATED.**

13

14  DATED: April 2, 2021                    DATED:

15  WOLFE & WYMAN LLP                 FREEDOM LAW FIRM, LLC

16

17  By: */s/ Andrew A. Bao*                By:
        ANDREW A. BAO, ESQ.                     GEORGE HAINES, ESQ.

18      Nevada Bar No.: 10508                   Nevada Bar No.: 9411
        6757 Spencer Street                     8985 S. Eastern Ave., Suite 350

19      Las Vegas, NV  89119                    Henderson, NV  89123
        *Attorneys for Defendant*               *Attorney for Plaintiffs*

20      *CMG MORTGAGE, INC. D/B/A CMG*          *JEFFREY K. ENGLER AND KATHERINE M.*
        *FINANCIAL*                             *SENNES-ENGLER*

21                                    ORDER

22

23  IT IS ORDERED that the parties' stipulation is GRANTED.  By May 3, 2021, the parties
     must file either dismissal documents or an additional joint status report concerning the

24  status of settlement.
                                          **IT IS SO ORDERED**

25
                                          **DATED:** 10:09 am, April 06, 2021

26

27

28
                                          **BRENDA WEKSLER**
                                      2   **UNITED STATES MAGISTRATE JUDGE**