**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
aabao@ww.law

Attorneys for Defendant
CMG MORTGAGE, INC. D/B/A CMG FINANCIAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER,<br><br>Plaintiff,<br><br>v.<br><br>CMG MORTGAGE, INC. D/B/A CMG FINANCIAL,<br><br>Defendant. | Case No. 2:19-cv-00869-GMN-BNW<br><br>**JOINT STATUS REPORT** |

Plaintiffs JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER ("Plaintiffs") and Defendant CMG MORTGAGE, INC. D/B/A CMG FINANCIAL ("Defendant") by and through their respective counsel of record, hereby file this Joint Status Report in response to the Court's April 6, 2021 order (ECF No. 47).

Since the last status report was filed, CMG has isolated one final amount to waive to complete the settlement. CMG has conferred with Plaintiffs' counsel about this final amount to be waived and to verify all amounts set forth on all loan statements (statements received by Plaintiffs and CMG's internal statements) to ensure the loan accounting is completed.

1

3918621.1

Counsel thus again reluctantly requests a final extension to June 1 to file the dismissal. Should the court request any additional specific information regarding the issues faced in restructuring the loan amounts, the parties would be happy to provide specifics *in camera* or via another status report prior to that date.

**IT IS SO STIPULATED.**

DATED: May 3, 2021

WOLFE & WYMAN LLP

By: */s/ Andrew A. Bao*
    ANDREW A. BAO, ESQ.
    Nevada Bar No.: 10508
    6757 Spencer Street
    Las Vegas, NV 89119
    *Attorneys for Defendant*
    *CMG MORTGAGE, INC. D/B/A CMG FINANCIAL*

DATED: May 3, 2021

FREEDOM LAW FIRM, LLC

By: */s/ George Haines*
    GEORGE HAINES, ESQ.
    Nevada Bar No.: 9411
    8985 S. Eastern Ave., Suite 350
    Henderson, NV 89123
    *Attorney for Plaintiffs*
    *JEFFREY K. ENGLER AND KATHERINE M. SENNES-ENGLER*

## ORDER

IT IS ORDERED that ECF No. 48 is GRANTED to the extent that the parties request until June 1, 2021 to file dismissal documents. If dismissal documents are not filed by June 1, 2021, a joint status report is due that day.

**IT IS SO ORDERED**

**DATED:** 5:40 pm, May 07, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

3918621.1