**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
CMG MORTGAGE, INC. D/B/A CMG FINANCIAL

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER,<br><br>Plaintiff,<br><br>v.<br><br>CMG MORTGAGE, INC. D/B/A CMG FINANCIAL,<br><br>Defendant. | Case No. 2:19-cv-00869-GMN-BNW<br><br>**UNILATERAL STATUS REPORT** |

Defendant CMG MORTGAGE, INC. D/B/A CMG FINANCIAL ("Defendant") by and through its counsel of record, Wolfe & Wyman LLP hereby files this Unilateral Status Report in response to the Court's May 7, 2021, Order (ECF No. 47).

In the last status report, CMG reported it had isolated an amount certain and agreed to waive said amount to complete the settlement. Since then, this waiver is being processed and CMG is finalizing the adjustments. CMG had expected that it would have reflected in the June statement but that has not yet occurred.

///

1

3946877.1

Counsel thus again reluctantly requests a final extension to July 1 to file the dismissal. Should the court request any additional specific information regarding the issues faced in restructuring the loan amounts, the parties would be happy to provide specifics *in camera* or via another status report prior to that date.

**IT IS SO STIPULATED.**

DATED: June 1, 2021

WOLFE & WYMAN LLP

By: */s/ Andrew A. Bao*
ANDREW A. BAO, ESQ.
Nevada Bar No.: 10508
6757 Spencer Street
Las Vegas, NV  89119
*Attorneys for Defendant*
*CMG MORTGAGE, INC. D/B/A CMG FINANCIAL*

## Order

The parties in this matter gave notice in September 2020 that they had reached a settlement. ECF No. 36.  The Court, therefore, set a deadline for the parties to file either dismissal documents or a joint status report concerning the status of settlement. ECF No. 37.  Since then, the parties have been requesting (and the Court has been granting) extension to finalize settlement.  Now, the defendant again reports that the parties have not yet finalized settlement, and defendant asks for another extension up to July 1, 2021. ECF No. 50.

On the basis of good cause, IT IS ORDERED that by July 1, 2021, the parties must file either dismissal documents or an additional joint status report concerning the status of settlement.  If the parties file a status report, they must specifically detail what is impeding settlement and how or if the Court can assist in finalizing settlement.  The Court strongly encourages the parties to finalize settlement by July 1.

**IT IS SO ORDERED**

**DATED:** 10:01 am, June 04, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**