**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
**Telephone:  (702) 476-0100**
**Facsimile:   (702) 476-0101**
**aabao@wolfewyman.com**

**Attorneys for Defendant**
**CMG MORTGAGE, INC. D/B/A CMG FINANCIAL**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY K. ENGLER and KATHERINE M. SENNES-ENGLER,<br><br>    Plaintiff,<br><br>    v.<br><br>CMG MORTGAGE, INC. D/B/A CMG FINANCIAL,<br><br>    Defendant. | Case No. 2:19-cv-00869-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective counsel of record and pursuant to an executed

settlement agreement, hereby stipulate that Plaintiffs JEFFREY K. ENGLER and KATHERINE

///
///
///
///
///
///
///
///

1

M. SENNES-ENGLER dismiss Defendant CMG MORTGAGE, INC. D/B/A CMG

FINANCIAL from this action with prejudice, with each party to bear their own fees and costs.

IT IS SO STIPULATED.

DATED:  July 1, 2021

WOLFE & WYMAN LLP


By: /s/ Andrew A. Bao
      ANDREW A. BAO, ESQ.
      Nevada Bar No:  10508
      6757 Spencer Street
      Las Vegas, Nevada
      Attorneys for Defendant
      CMG MORTGAGE, INC.
      D/B/A CMG FINANCIAL

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

DATED July 1, 2021

FREEDOM LAW FIRM


By:  /s/ George Haines,
      GEORGE HAINES, ESQ.
      Nevada Bar No.: 9411
      8985 S. Eastern Ave., Suite 350
      Henderson, NV  89123
      Attorney for Plaintiffs
      JEFFREY K. ENGLER AND
      KATHERINE M. SENNES-ENGLER


**IT IS SO ORDERED.**

Dated this ___6___ day of July, 2021


_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

W&W

3971553.1

*Jeffrey K. Engler. Et al v. CMG Mortgage, Inc., et al.*
Case No: 2:19-cv-00869-GMN-BNW
Stipulation and Order for Dismissal

## <u>ORDER</u>

Upon consideration of the Parties' Stipulation, IT IS HEREBY ORDERED that Defendant CMG Mortgage, Inc. dba CMG Financial, is dismissed from this action with prejudice, with each party to bear their own fees and costs.

Dated this _____ day of _____, 2021.


_____
UNITED STATES DISTRICT
COURT JUDGE

Respectfully submitted,

WOLFE & WYMAN LLP


By:*/s/  Andrew A. Bao*_____
     ANDREW A. BAO, ESQ.
     Nevada Bar No: 10508
     6757 Spencer Street
     Las Vegas, NV  89119
     *Attorneys for Defendant*
     ***CMG MORTGAGE, INC.***
     ***DBA CMG FINANCIAL***

3971553.1